UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

In re:                                           :
                                                 :
21st CENTURY ONCOLOGY                            :
    HOLDINGS, INC., *et al.*          :
                                                 :
        Debtors.    :

------------------------------------------------------x

ANDREW L WOODS,                                  :
                                                 :
        Appellant,   :
                                                 :
                                                 :
                                                 :
  -against-                                 :
                                                 :
21st CENTURY ONCOLOGY, INC.,                     :
                                                 :
                                                 :
        Appellee.    :

------------------------------------------------------x

Case No. 1:19-cv-01102-CM
(on Appeal From: 17-22770 (RRD))

## **CERTIFICATE OF SERVICE**

JOHN E. JURELLER, under penalties of perjury, hereby certifies:

    1.    I am over the age of 18, am not a party to this action, and am a partner of the law firm of Klestadt Winters Jureller Southard & Stevens, LLP, 200 W. 41st Street, 17th Floor, New York, New York 10036.

    2.    I hereby certify that on March 11, 2019, I served the following:

- Brief of Appellant Andrew L. Woods

to be served via the ECF system, by email, and by first class mail, by depositing true copies thereof enclosed in a post-aid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, upon the following parties:

SULLIVAN & WORCHESTER LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Jeffrey R. Gleit
Allison H. Weiss

*/s/ John E. Jureller, Jr.*

Dated: March 11, 2019