UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

21st CENTURY ONCOLOGY HOLDINGS, INC., *et al.*,

              Reorganized Debtors

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANDREW L. WOODS,

              Appellant,

   – against –

21st CENTURY ONCOLOGY HOLDINGS, INC.,

              Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:19 Civ. 1102 (CM)
(On appeal from 17-22770 (RRD))

**DECLARATION OF CLARK A. FREEMAN**

I, Clark A. Freeman, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am an attorney at the law firm of Sullivan & Worcester LLP, counsel to Appellee Reorganized Debtor 21st Century Oncology Holdings, Inc.

    2.    I submit this declaration to provide the Court with certain documents from the Bankruptcy Record on Appeal that Appellee cites to in its brief.

    3.    Attached as Exhibit 1 is a true and correct copy of the proof of claim number 175 filed by Appellant Andrew L. Woods against Debtor 21st Century Oncology, Inc. on July 27, 2017 ("Woods Claim No. 175"). In filing Woods Claim No. 175, Appellant attached: the Amended and Restated Executive Employment Agreement with Debtor Radiation Therapy Services, Inc. d/b/a 21 Century Oncology dated as of May 2013 as Exhibit A; and the Amended

Complaint that he filed in the U.S. District Court for the Middle District of Florida, 2:16 Civ. 897, on March 9, 2017, as Exhibit C.

4. Attached as Exhibit 2 is a true and correct copy of the Bankruptcy Court's *Memorandum of Decision* dated January 11, 2019 [Docket No. 1291] (the "Decision").

5. Attached as Exhibit 3 is a true and correct copy of the Bankruptcy Court's *Order Granting in Part the Reorganized Debtors' objection to Claim 175 filed on behalf of Andrew L. Woods* dated January 31, 2019 [Docket No. 1302] (the "Order").

6. Appellant appeals from the Decision and Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 10, 2019

/s/Clark A. Freeman
Clark A. Freeman