UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re:                                              :
                                                    :
21st CENTURY ONCOLOGY                               :
   HOLDINGS, INC., *et al*.                       :
                                                    :
               Debtors.            :
------------------------------------------------------x

        Case No. 1:19-cv-01102-CM
        (on Appeal From: 17-22770 (RRD))

ANDREW L WOODS,                                     :
                                                    :
           Appellant,             :
                                                    :
                                                    :
                                                    :
                                                    :
-against-                                           :
                                                    :
21st CENTURY ONCOLOGY, INC.,                        :
                                                    :
                                                    :
           Appellee.              :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

GABRIELLE M. BEEFERMAN, under penalties of perjury, hereby certifies:

     1.     I am over the age of 18, am not a party to this action, and am employed by the law firm of Klestadt Winters Jureller Southard & Stevens, LLP, 200 W. 41st Street, 17th Floor, New York, New York 10036.

     2.     I hereby certify that on April 24, 2019, I served the following:

- Reply Brief of Appellant Andrew L. Woods

to be served by first class mail, by depositing true copies thereof enclosed in a post-aid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, upon the following parties:

SULLIVAN & WORCHESTER LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Jeffrey R. Gleit

_/s/ Gabrielle Beeferman_

Dated: April 24, 2019